AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Western District of Texas

| | |
|---|---|
| LawHQ, LLC, and<br>Thomas Alvord,<br><br>*Plaintiff(s)*<br>v.<br><br>Seana Willing, in her official capacity as Chief Disciplinary Counsel of the Texas Office of Chief Disciplinary Counsel<br><br>*Defendant(s)* | Civil Action No. 20-cv-00085/TR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Seana Willing
1414 Colorado Street
Suite 200
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas Powell
Law Offices of Doug Powell, P.C.
820 West 10th Street
Austin, TX 78701
(512) 476-2457
Email: dpowell@dougpowelllaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Jeannette J. Clack*

CLERK OF COURT



Date:  January 24, 2020

_____
*Signature of Clerk or Deputy Clerk*