United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Powell, Douglas J. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, February 10, 2020 |
| Re: | 01:20-CV-00085-RP / Doc # 7 / Filed On: 02/10/2020 02:18 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Document not legible or improperly scanned.
   Remarks: Document was filed as a PDF FORM which allows the text to be modified by viewers.  (Some lines were completely blank).  Please re-file as a PDF so that the document can not be altered.  Motion may be re-filed as "MOTION FOR MISC. RELIEF" in order that fee is not requested again.